JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SACV 15-1140 AG (DFMx) | Date | August 14, 2015 |
|---|---|---|---|
| Title | CHRISTOPHER D. RAY, SR. v. MIDLAND CREDIT MANAGEMENT INC. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:

**Proceedings:** [IN CHAMBERS] ORDER DISMISSING CASE

Plaintiff Christopher D. Ray filed this case against Defendant Midland Credit Management Inc. in state court. Defendant removed the case on July 17, 2015. On the same day, Plaintiff filed a request for dismissal in state court. (Dkt. No. 6, Ex. 1.) The Court ordered Plaintiff to show cause in writing by August 11, 2015 why this case should not be dismissed based upon his attempt to dismiss the case in state court. (Order to Show Cause, Dkt. No. 8.) Plaintiff did not respond to the Order to Show Cause.

Therefore, this case is DISMISSED.

: 0

Initials of Preparer   lmb